JACOB ROSENBERG, Respondent, v. MORTON ROSENBERG and Others, as Executors and Trustees, etc., Doing Business under the Firm Name and Style of MODEL KNIT WEAR MANUFACTURING COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

JAMES WALSH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

JOSEPH WAZNIS, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is contrary to the evidence. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.